# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **JACOB COWINS,** | : | **HABEAS CORPUS** |
| Petitioner, | : | **28 U.S.C. § 2254** |
| | : | |
| v. | : | |
| | : | |
| **DOUGLAS COUNTY,** | : | **CIVIL ACTION NO.** |
| Respondent. | : | **1:13-CV-0363-TWT-AJB** |

## UNITED STATES MAGISTRATE JUDGE'S
## FINAL REPORT AND RECOMMENDATION

Petitioner submitted a filing, docketed as a federal habeas corpus petition, in which he stated that the Douglas County Superior Court has denied his motion to modify his sentence in criminal action number 05CR00390-A and that he "guess[es]" this court has jurisdiction to grant him relief. [Doc. 1, letter.] By Order entered on February 15, 2013, the Court ordered Petitioner to amend and to pay the filing fee or apply for *in forma pauperis* status. [Doc. 2.] The Court advised Petitioner that failure to comply with that directive could result in the dismissal of the action and directed the Clerk to resubmit this action at the expiration of the specified time period. [*Id.* at 2-3.]

The time period having expired, the matter again is before the Court. As of April 1, 2013, the records of the Clerk of Court indicate that Petitioner has not amended as

AO 72A
(Rev.8/82)

ordered, has not submitted the applicable filing fee or a financial affidavit as ordered, and has not otherwise responded.

**IT IS RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE**, due to Petitioner's failure to comply with a lawful order of the Court. *See* LR 41.3 A.(2), NDGa.; *see also Heard v. Nix*, 170 Fed. Appx. 618, 619 (11th Cir. Feb. 23, 2006) (affirming dismissal under Rule 41.3 and Federal Rule of Civil Procedure 41(b) for failure to comply with district court's order).

The Clerk is **DIRECTED** to terminate the referral to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this 1st day of April, 2013.

**ALAN J. BAVERMAN**
**UNITED STATES MAGISTRATE JUDGE**

AO 72A (Rev.8/82)